IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00215-KLM-MEH

MARK TUCKEL,

    Plaintiff,

v.

MAJOR GROVER, and
STEVE KEYS,

    Defendants.
_____

**AMENDED ORDER OF REFERENCE TO UNITED STATES MAGISTRATE JUDGE**
_____
**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This case was referred by Order Referring Case Pursuant to 28 U.S.C. § 636(c), signed on June 14, 2010, by Judge Marcia S. Krieger and was assigned to Magistrate Judge Kristen L. Mix on June 14, 2010. Pursuant to 28 U.S.C. § 636(c), 28 U.S.C. § 636(b)(1)(A) and (B), and Fed. R. Civ. P. 72(a) & (b),

    IT IS HEREBY **ORDERED** that Magistrate Judge Michael E. Hegarty is designated to convene such settlement conferences and direct related procedures as may facilitate resolution of this case.

    IT IS FURTHER **ORDERED** that the Order Referring Case Pursuant to 28 U.S.C. § 636(c), entered by Judge Marcia S. Krieger on March 3, 2010 [Docket No. 9], is **VACATED**.

Dated: June 15, 2010

                                          BY THE COURT:

                                          s/ Kristen L. Mix
                                          KRISTEN L. MIX
                                          United States Magistrate Judge