IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  10-cv-00215-KLM-MEH

MARK TUCKEL,

    Plaintiff,

v.

MAJOR GROVER, AND
STEVE KEYS,

    Defendants.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Defendants' Motion for Leave to Depose Plaintiff** [Docket No. 68; Filed January 3, 2012] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.  Pursuant to Fed. R. Civ. P. 30(a)(2)(B), Defendants are permitted to conduct the deposition of Plaintiff at a time convenient to Defendants and the correctional facility where Plaintiff is housed.  The deposition may be conducted by telephone and/or video and must be completed before the close of Phase I discovery on February 29, 2012 [#67].

    Dated:  January 3, 2012