IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  10-cv-00215-KLM-MEH

MARK TUCKEL,

     Plaintiff,

v.

MAJOR GROVER, AND
STEVE KEYS,

     Defendants.

_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

     This matter is before the Court on Plaintiff's motion **"Requesting Current Copy of Federal Rules of Civil Procedures [sic]"** [Docket No. 98; Filed March 29, 2013] (the "Motion").

     IT IS HEREBY **ORDERED** that the Motion is **DENIED WITHOUT PREJUDICE**. Plaintiff has offered no evidence of his inability to obtain access to a copy of the Federal Rules of Civil Procedure either in hard copy or online at www.uscourts.gov/RulesandPolicies.aspx.

     Dated:  April 2, 2013