IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00215-KLM-MEH

MARK TUCKEL,

    Plaintiff,

v.

MAJOR GROVER, AND
STEVE KEYS,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Motion for Clarification and Status to Proceed** [Docket No. 104; Filed on April 22, 2013] (the "Motion"). In his Motion Plaintiff expresses concerns about not receiving the minutes from the January 24, 2013 Scheduling Conference [#90]. Plaintiff also requests "a Register of Action" which the Court understands to mean a copy of the docket. *Motion* [#104] at 3. The Court previously directed the Clerk of the Court to mail Plaintiff a copy of the minutes from the January 24, 2013 Scheduling Conference. *See Order* [#95] at 2. However, because Plaintiff claims he has not received any mail from the Court since the December 17, 2012 Order setting the Scheduling Conference,

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED** to the extent it seeks copies of the docket and the minutes from the Scheduling Conference [#90].

    IT IS FURTHER **ORDERED** that the Clerk of Court is directed to mail a copy of the Minute Order at Docket Number 90, a copy of this Minute Order, and a copy of the docket, to Plaintiff at the address identified on the docket.

    Dated: May 1, 2013