IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  10-cv-00215-KLM-MEH

MARK TUCKEL,

    Plaintiff,

v.

MAJOR GROVER, and
STEVE KEYS,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendants' **Motion to Vacate Settlement Conference Set for October 16, 2013** [Docket No. 121; Filed October 3, 2013] (the "Motion").  In the Motion, Defendants ask the Court to vacate the Settlement Conference set for October 16, 2013, before Judge Hegarty.

    IT IS HEREBY **ORDERED** that the Motion [#121] is **DENIED**.

    Dated:  October 7, 2013