IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00215-KLM-MEH

MARK TUCKEL,

    Plaintiff,

v.

MAJOR GROVER, and
STEVE KEYS,

    Defendants.

_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Defendants' Supplemental Motion for Summary Judgment** [#112][1] (the "Motion") and the **Minute Entry for Settlement** [#131] (the "Minute Entry"). In the Minute Entry, Judge Hegarty states that "[t]he case has settled." *Minute Entry* [#131] at 1. Accordingly,

    IT IS HEREBY **ORDERED** that the Motion [#112] is **DENIED as moot**.

    Dated: December 11, 2013

---

[1] "[#112]" is an example of the convention I use to identify the docket number assigned to a specific paper by the Court's case management and electronic case filing system (CM/ECF). I use this convention throughout this Minute Order.