IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00215-KLM-MEH

MARK TUCKEL,

    Plaintiff,

v.

MAJOR GROVER, and
STEVE KEYS,

    Defendants.

_____

## ORDER OF DISMISSAL
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on the parties' **Stipulated Motion to Dismiss with Prejudice** [#138][1] (the "Motion"). In the Motion the parties state that they "have agreed to a settlement of the claims brought by Plaintiff Tuckel." *Motion* [#138] at 1. After reviewing the Motion and the entire record, the Court finds that the Motion [#138] should be **granted** and this action should be **dismissed with prejudice**. Accordingly,

IT IS HEREBY **ORDERED** that the Motion [#138] is **GRANTED**.

IT IS FURTHER **ORDERED** that Plaintiff's claims against Defendants are **DISMISSED with prejudice** with all parties to pay their own costs and attorney fees.

IT IS FURTHER **ORDERED** that Plaintiff's motion titled "Production of Documents" [#136] is **DENIED**.

---

[1] "[#138]" is an example of the convention I use to identify the docket number assigned to a specific paper by the Court's case management and electronic case filing system (CM/ECF). I use this convention throughout this Order.

IT IS FURTHER **ORDERED** that the Clerk of the Court shall close this case.

Dated: March 31, 2014

BY THE COURT:

Kristen L. Mix
United States Magistrate Judge